**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Case:<br><br>*Bailey*, 25-cv-1438 | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO STRIKE AMENDED COMPLAINT** |

I, John P. Mandler, representing 3M Company and Arizant Healthcare Inc. (collectively, "3M"), hereby certify that counsel for 3M met and conferred, via an email sent on November 21, 2026, with counsel for Plaintiff before filing Defendants' Motion to Strike Amended Complaint. Counsel for Plaintiff confirmed that Plaintiff opposes the motion.

Respectfully submitted,

Date: November 25, 2026

*s/John P. Mandler*
John P. Mandler (#0194438)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***